```
       FILED        LODGED
       RECEIVED     COPY

       JUN 2 0 2007

   CLERK U S DISTRICT COURT
      DISTRICT OF ARIZONA
   BY                  DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　v.<br>Robert Anthony Bigando,<br>　　　　Defendant. | CR07- 743 PHX-FJM (BW)<br>**INDICTMENT**<br>VIO: 18 U.S.C. 842(a)(3)(A) and 844(a)<br>(Transporting Explosive Materials)<br>Counts 1-3<br><br>18 U.S.C. 842(j) and 844(b)<br>(Improper Storage of Explosive Materials)<br>Count 4 |

THE GRAND JURY CHARGES:

### COUNT 1

On or about March 18, 2006, in the District of Arizona, the defendant, ROBERT ANTHONY BIGANDO, not being a licensee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly transported and shipped and caused to be transported and shipped from California to Arizona, explosive materials as defined in Title 18, United States Code, Section 841(d), to wit: military M30 propellant.

In violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

### COUNT 2

On or about June 17, 2006, in the District of Arizona, the defendant, ROBERT ANTHONY BIGANDO, not being a licensee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly transported and shipped and caused to be transported

and shipped from California to Arizona, explosive materials as defined in Title 18, United States Code, Section 841(d), to wit: military M30 propellant.

In violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

## COUNT 3

Between on or about March 18, 2006 and September 2, 2006, in the District of Arizona, the defendant, ROBERT ANTHONY BIGANDO, not being a licensee under the provisions of Chapter 40 of Title 18 of the United States Code, knowingly transported and shipped and caused to be transported and shipped from Arizona to New Mexico, explosive materials as defined in Title 18, United States Code, Section 841(d), to wit: military M30 propellant.

In violation of Title 18, United States Code, Sections 842(a)(3)(A) and 844(a).

## COUNT 4

Beginning on or about March 18, 2006 and continuing until on or about September 1, 2006, in the District of Arizona, the defendant, ROBERT ANTHONY BIGANDO, knowingly possessed explosive materials as defined in Title 18, United States Code, Section 841(d), to wit: military M30 propellant, which was not stored in a manner conforming with the regulations promulgated by the Attorney General and set forth at 27 C.F.R. Part 55.

In violation of Title 18, United States Code, Sections 842(j) and 844(b).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: June 20, 2007

DANIEL G. KNAUSS
United States Attorney
District of Arizona

s/
RACHEL C. HERNANDEZ
Assistant U.S. Attorney